UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHOUTEAU CONSOLIDATED XXXIX, LLC. | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 4:05CV1261 HEA |
| GENERAL ELECTRIC CAPITAL BUSINESS ASSET FUNDING | ) ) ) ) |
| Defendant. | ) |

## ORDER

The Court having been advised by counsel that this action has been settled by the ADR Compliance Report dated March 20, 2006,

**IT IS HEREBY ORDERED** the October 16, 2006 trial setting is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure timely to comply with this order shall result in the dismissal of this action with prejudice.

Dated this 21st day of March, 2006.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE